# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| GREGORY MAURICE SMITH, | * | |
| Petitioner, | * | |
| vs. | * | CV 213-093 |
| SUZANNE R. HASTINGS, | * | |
| Respondent. | * | |

**ORDER**

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which an objection has been filed. Petitioner's filing, titled "Objections to the Report and Recommendation," is without merit. Petitioner has not satisfied the requirements of 28 U.S.C. § 2255's savings clause. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 10 day of June, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA